## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 26-318 ( S )CC |
| ÁNGEL OSWALDO CARABAJO-ROMERO,<br>Defendant | VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Re-entry of Removed Alien**
**(Title 8, *United States Code*, Section 1326(a))**

On or about July 20, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**ÁNGEL OSWALDO CARABAJO-ROMERO,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed, attempted to enter and entered the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a).

HÉCTOR E. RAMÍREZ-CARBÓ
Acting United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 7/30/2026