**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff.<br><br>v.<br><br>**ÁNGEL OSWALDO CARABAJO-ROMERO,**<br>Defendant. | **CRIMINAL NO. 26-318 (SCC)** |

<u>**UNITED STATES' NOTICE OF POTENTIAL CONFLICT**</u>

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, through its undersigned counsel, and respectfully states and prays as follows:

1. Criminal prosecution against defendant Ángel Oswaldo Carabajo-Romero ("Carabajo") commenced with the filing of a criminal complaint at ECF No. 1.

2. At his initial appearance held on July 28, 2026, the government inadvertently did not alert the Court to information suggesting a potential conflict. *See* ECF No. 10. An order appointing Federal Public Defender ("FPD") as to Carabajo was issued. *See* ECF No. 11.

3. The government hereby alerts the Court of a potential conflict of interest for the FPD. While Carabajo is being charged with illegal reentry, the government is separately prosecuting Gregory Vega-De Jesús ("Vega") in criminal case no. 26-317 (MAJ), who is charged with human smuggling offenses in connection to the same set of events. Vega is currently being represented by the Federal Public Defender since July 22, 2026.

WHEREFORE, the United States respectfully submits that the Court assign a CJA Panel

counsel to Carabajo.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of August, 2026.

HÉCTOR E. RAMÍREZ-CARBÓ
Acting United States Attorney

*/s/ Steven Liong-Rodríguez*
Steven Liong-Rodríguez
Special Assistant United States Attorney
USDC No. 303011
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave. San
Juan, PR 00918
Tel. (787) 282-1850
steven.liong-rodriguez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing motion

has been filed with the Clerk of the Court who would notify to the attorneys of record in this case.

*/s/ Steven Liong-Rodriguez*
**Steven Liong-Rodriguez**
Special Assistant U.S. Attorney